MAY 25, 1956

**No. 59953.**—SUIT 4828 (United States v. C. J. Tower & Sons) and SUIT 4829 (C. J. Tower & Sons v. United States).—

—C. D. 1624. (Note: There were 15 protests decided in C. D. 1624, 2 of which were the subject of suit 4828, the remaining 13 protests being appealed in suit 4829.) On December 2, 1955 (C. A. D. 608), the appellate court reversed C. D. 1624, insofar as the 2 protests appealed in suit 4828 were concerned, and affirmed C. D. 1624, insofar as the 13 protests appealed in suit 4829 were concerned.